# EXHIBIT 1

 Search activities

# All transactions

## Completed

### Nov 2019

 **PayPal**  — $32,351.87
Nov 26, 2019
Transfer

# EXHIBIT 2

From: **Laura Meadows** <rhiannonlaura@yahoo.com>
Date: Thu, Jul 16, 2020 at 7:53 AM
Subject: Order
To: <azyklogistics@gmail.com>

I got a PayPal invoice and I didn't order anything from you recently? I checked my PayPal and it doesn't show an order plus your invoice has
My old address and my PayPal has the correct address what is going on?

Laura Meadows


From: **Angelic Passalis** <apassalis@gmail.com>
Date: Tue, Jun 16, 2020 at 10:09 AM
Subject: Paypal/Hyafilia order???
To: <azyklogistics@gmail.com>

Hello,
I just received an email from PayPal stating information about an order for hyafilia. I did not place an order. Please cancel the order and if my credit card was charged PLEASE reverse the charge to my credit card!
Thank you so much
Angelic


From: **Julie Forst** <julskay611@gmail.com>
Date: Sat, Jun 6, 2020 at 5:30 AM
Subject: This is wrong
To: <azyklogistics@gmail.com>

Also I don't use PayPal  if you charged me for something I didn't order refund it now. Please ACKNOWLEDGE this email

1

From: **Corlissa Besteder** <scratjb@yahoo.com>
Date: Sat, Jun 6, 2020 at 7:10 AM
Subject: Fraud
To: <azyklogistics@gmail.com>

Hi I see a payment for two orders yesterday that I did not make placed on my card.  I did not order these. I am also contacting PayPal.   What can be done. ?   I like your product but it is not time for me to order as I have plenty.  U believe someone hacked my account. I don't even know if they changed the/my address.  I have to leave for work and can deal with PayPal on my lunch break.  Please advise

Sent from my iPhone

---

From: **misty fields** <mistyfields75@gmail.com>
Date: Sat, Jun 6, 2020 at 2:35 AM
Subject: Hyafilia filler
To: <azyklogistics@gmail.com>

Hi
I did not order this. I made a one time purchase and that was it. I never signed up for a continuous order. How do I stop the order?
I have received no emails or notices that I had a shipment coming until I saw an invoice from PayPal.

Thank you, Misty Fields

Details about your shipment

Dear Misty Fields,

Transaction ID: 53F667957A823903K

Azyk Logistics INC added shipping details. Please note that the tracking information and shipping status are shown exactly as the seller entered them.

| | |
|---|---|
| Shipper | USPS |
| Tracking number | 9481711899561269945938 |

2

| | Shipping status | Shipped |
|---|---|---|

If you have questions about the shipment, please contact azyklogistics@gmail.com

**Seller**
Azyk Logistics INC
azyklogistics@gmail.com

Misty Fields
12297 E state road 58
Edwardsport,IN
47528
United States

"My wings will be so full"

"Happiness is only real, when shared."

---

From: **Susan Murray** <smurray1223@icloud.com>
Date: Sat, Jun 6, 2020 at 8:25 AM
Subject: Possible fraud
To: <azyklogistics@gmail.com>

Hi,
I just received a PayPal notice that an order shipped from you but I did not place an order.  Please let me know what is happening.
Thank you,
Susan Murray

---

From: **Julie Griffith** <juliejgriffith@gmail.com>
Date: Sat, Jun 6, 2020 at 12:42 AM
Subject: Package
To: <azyklogistics@gmail.com>
4GA88825XX6492719  Transaction ID

HI you sent me an email on a package that I did not order and says you charged my paypal account please refund this! My paypal account id is juliejgriffith@gmal.com
--
Julie J Griffith

3

From: **Tony Warner** <tcwarn2000@yahoo.com>
Date: Sun, May 17, 2020 at 7:49 AM
Subject: Re: More details on your shipment
To: service@paypal.com <service@paypal.com>, azyklogistics@gmail.com <azyklogistics@gmail.com>

We never ordered this.

We do not authorize payment. Refund expected within 48 hours if card was charged.

Anthony Warner

On Sunday, May 17, 2020, 12:45:15 AM EDT, service@paypal.com <service@paypal.com> wrote:



*Transaction ID:* **0RF18982P23292123**

# Details about your shipment

Dear Anthony Warner,

Azyk Logistics INC added shipping details. Please note that the tracking information and shipping status are shown exactly as the seller entered them.

| | |
|---:|---|
| Shipper | USPS |
| Tracking number | 94108036993001156649 53 |
| Shipping status | Shipped |

If you have questions about the shipment, please contact azyklogistics@gmail.com

**Seller**
Azyk Logistics INC
azyklogistics@gmail.com


LeeAnn Warner
5673 Nike Dr
Hilliard,OH
43026
United States

4

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Hyalyron Pen Ampoules - 0.3 ml (10 pcs)<br>Item# 00001 | $30.00 USD | 1 | $30.00 USD |
| Hyaluron Pen(New)<br>Item# 00006 | $185.00 USD | 1 | $185.00 USD |
| Dermal Filler Hyafilia (3 types) - Types: Grand; Side Effects: Bruises, Hematomas,Edema, Vessel embolism, Necrosis, Allergic re<br>Item# 000036 | $57.00 USD | 1 | $57.00 USD |

|  |  |
|---|---|
| Subtotal | $272.00 USD |
| Shipping and handling | $8.30 USD |
| Insurance | $0.00 USD |
| Tax | $0.00 USD |
| **Total** | $280.30 USD |
| **Payment** | $280.30 USD |

Custom: 102598746

Sincerely,

PayPal

**Help** | **Security Centre**
Please do not reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX000870:N/A:acf7e26253b53

5