|  |  |
|---|---|
| 1 | JOEL D. SIEGEL (SBN 155581) |
|  | joel.siegel@dentons.com |
| 2 | PAUL M. KAKUSKE (SBN 190911) |
|  | paul.kakuske@dentons.com |
| 3 | JUDITH SHOPHET SIDKOFF (SBN 267048) |
|  | judith.sidkoff@dentons.com |
| 4 | KELLY R. GRAF (SBN 301325) |
|  | kelly.graf@dentons.com |
| 5 | DENTONS US LLP |
|  | 601 South Figueroa Street, Suite 2500 |
| 6 | Los Angeles, CA 90017-5704 |
|  | Telephone: 213.623.9300 |
| 7 | Facsimile: 213.623.9924 |
| 8 | LAURA LEIGH GEIST (SBN 180826) |
|  | laura.geist@dentons.com |
| 9 | DENTONS US LLP |
|  | 1999 Harrison Street, Suite 1300 |
| 10 | Oakland, CA 94612-4709 |
|  | Telephone: 415.882.5000 |
| 11 | Facsimile: 415.882.0300 |
| 12 | Attorneys for Defendant |
|  | PAYPAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated, | No. 5:22-cv-00248 |
| Plaintiffs, | **NOTICE OF APPEARANCES** |
| v. | |
| PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of Defendant PAYPAL, INC. in the above-referenced action:

JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (SBN 190911)
paul.kakuske@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
KELLY R. GRAF (SBN 301325)
kelly.graf@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 623-9300
Facsimile:  (213) 623-9924

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
**DENTONS US LLP**
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
Telephone: 415.882.5000
Facsimile:  415.882.0300

All above-listed attorneys are licensed to practice law in the State of California, are members in good standing of the California State Bar, and are admitted to practice before the United States District Court of the Northern District of California.

Dated:  February 4, 2022                        DENTONS US LLP

                                               By:  */s/ Joel D. Siegel*
                                                      Joel D. Siegel

                                               Attorneys for Defendant
                                               PAYPAL, INC.