JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (SBN 190911)
paul.kakuske@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
KELLY R. GRAF (SBN 301325)
kelly.graf@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile: 213.623.9924

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
Telephone: 415.882.5000
Facsimile: 415.882.0300

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | No. 5:22-cv-00248<br><br>**DEFENDANT PAYPAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

Pursuant to Fed. R. Civ. Proc. 7.1 and Civil Local Rule 3-15, the undersigned, counsel of record for PayPal, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding[1]:

    1.    PayPal, Inc.

    2.    PayPal Holdings, Inc., parent company of PayPal, Inc.

There are no publicly-traded companies, other than PayPal Holdings, Inc., that own ten percent or more of PayPal, Inc.'s stock.

Dated:  February 4, 2022

DENTONS US LLP

By: _/s/ Joel D. Siegel_____
      Joel D. Siegel

Attorneys for Defendant
PAYPAL, INC.

---

[1] PayPal, Inc. makes this disclosure solely to comply with the Federal Rules of Civil Procedure and the Local Rules, and without waiving its right to compel arbitration.