JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (SBN 190911)
paul.kakuske@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
KELLY R. GRAF (SBN 301325)
kelly.graf@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone:      213 623 9300
Facsimile:      213 623 9924

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA  94612-4709
Telephone: 415.882.5000
Facsimile: 415.882.0300

Attorneys for Defendant
PAYPAL, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | No. 5:22-cv-00248<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(L.R. 6-1(a))**<br><br>Current Response Date:  02/14/2022<br>New Response Date:       03/16/2022<br><br>Date Action Filed: January 13, 2022 |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Lena Evans, Roni Shemtov, and Shabdan Akylbekov ("Plaintiffs") and Defendant PayPal, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

//

1    WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States
2    District Court, Northern District of California on January 13, 2022;
3    WHEREAS, Defendant was served with a copy of the Summons and Complaint on
4    January 24, 2022;
5    WHEREAS, Defendant's current deadline to respond to Plaintiffs' Complaint is
6    February 14, 2022; and
7    WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
8    court order, to extend the time within which to answer or otherwise respond to a complaint;
9    WHEREAS, the Parties have conferred and agree that a 30-day extension of time for
10   Defendant to respond to the Complaint is appropriate under the circumstances, as Defendant
11   recently retained counsel in this matter and requires additional time to review the allegations in
12   the Complaint and respond thereto;
13   WHEREAS, good cause exists for this extension because it will not prejudice any party
14   nor substantially alter the Court's calendar;
15   NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate and
16   agree that Defendant's deadline to respond to the Complaint is extended to and including
17   March 16, 2022.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 4, 2022            DENTONS US LLP


By:  /s/Joel D. Siegel
            Joel D. Siegel

Attorneys for Defendant
PAYPAL, INC.,

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
5:22-CV-00248

|   |   |
|---|---|
| Dated:  February 4, 2022 | THE BENSAMOCHAN LAW FIRM, INC.<br>SCHREIBER AND SCHREIBER, INC.<br>ERIC BENSAMOCHAN<br><br>By:   */s/Eric Bensamochan*<br>　　　　Ean Matthew Schreiber<br>　　　　Eric Andrew Schreiber<br>　　　　Eric Bensamochan<br><br>Attorneys for Plaintiffs<br>LENA EVANS, RONI SHEMTOV, AND<br>SHBADAN AKYLBEKOV |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

In accordance with Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

|   |   |
|---|---|
| Dated:  February 4, 2022 | DENTONS US LLP<br><br>By:   */s/Joel D. Siegel*<br>　　　　Joel D. Siegel<br><br>Attorneys for Defendant<br>PAYPAL, INC., |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
5:22-CV-00248

120280485