THE BENSAMOCHAN LAW FIRM INC.
Eric Bensamochan, Esq. SBN 255482
Deborah C. Silver, Esq. SBN 128495
9025 Wilshire Blvd Suite 215
Beverly Hills, CA. 90211
Telephone: (818) 961-0138; Facsimile: (818) 230-1931
Email: eric@eblawfirm.us
Email: deborah@eblawfirm.us

Schreiber & Schreiber, Inc.
Eric A. Schreiber, Esq. SBN 194851
Ean M. Schreiber, Esq. SBN 284361
16633 Ventura Blvd Suite 1245
Encino, CA. 91436
Telephone: (818) 789-2577: Facsimile: (818) 789-3391
Email: eric@schreiberlawfirm.com
Email: ean@schreiberlawfirm.com

Attorney for Interested Parties Lena Evans, Roni Shemtov, and Shbadan Akylbekov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive,<br>Defendants. | Case No.: 5:22-cv-00248-BLF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE MOTION TO COMPEL ARBITRATION**<br><br>Date Action Filed: January 13, 2022 |

The Parties, Plaintiffs Lena Evans, Roni Shemtov, and Shabdan Akylbekov ("Plaintiffs") and Defendant PayPal, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Paypal filed a Motion to Compel Arbitration (the "Motion" herein) on March 16, 2022, as Docket No. 20;

WHEREAS, the Motion is set for hearing on May 26, 2022, at 9:00 am San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman;

WHEREAS, Plaintiffs' opposition to the Motion is due on March 30, 2022,

WHEREAS, PayPal's reply is currently due on April 6, 2022,

WHEREAS, under Civil Local Rules 6-1(b) and 6-2, as well as pursuant to this Court's Standing Order, parties may stipulate in writing to and request Court approval of a briefing schedule that differs from that set forth by the Court's Civil Local Rules; and

WHEREAS extending the dates as set forth below will not prejudice any party or affect any other dates set forth by the Court;

WHEREAS the reasons for the extension are the complexity and number of issues raised by the Motion necessitating increased research and drafting, as well as, the availability of counsel during this time.

///

///

///

THEREFORE, the Parties have conferred and agree to extend the time for Plaintiffs' opposition to April 22, 2022, and for PayPal's reply to May 10, 2022.

**IT IS SO STIPULATED.**

Dated March 24, 2022                          By: /s/Eric Bensamochan, Esq.
                                                  Ean Matthew Schreiber
                                                  Eric Andrew Schreiber
                                                  Eric Bensamochan, Esq.
                                                  Counsel for Plaintiffs

Dated March 24, 2022                          By: /s/Judith Shophet Sidkoff
                                                  Judith Shophet Sidkoff
                                                  Attorneys for Defendant
                                                  PAYPAL, INC.,

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:                                        By: _____
                                                  Judge Beth Labson Freeman