United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LENA EVANS, et al.,

                Plaintiffs,

    v.

PAYPAL, INC.,

                Defendant.

Case No. 22-cv-00248-BLF

**ORDER STRIKING PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION**

Today, Plaintiffs filed a 26-page opposition to PayPal's motion to compel arbitration. ECF No. 23. The opposition brief violates this Court's standing orders, which require that a brief in opposition to a motion to compel arbitration be no more than ten pages. *See* Standing Order re Civil Cases § IV.A.4.

Accordingly, Plaintiff's opposition brief is STRICKEN. **No later than Wednesday, April 27, 2022**, Plaintiff shall file a compliant opposition brief. This order does not affect the deadline for PayPal's reply brief, which is limited to five pages. *See* Standing Order re Civil Cases § IV.A.4. Additionally, page 11 of PayPal's motion is STRICKEN as beyond the ten-page limit. *Id.*

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
BETH LABSON FREEMAN
United States District Judge