| | |
|---|---|
| 1 | SONIA R. MARTIN (SBN 191148) |
|   | sonia.martin@dentons.com |
| 2 | DENTONS US LLP |
|   | 1999 Harrison Street, Suite 1300 |
| 3 | Oakland, CA 94612-4709 |
|   | Telephone: 415.882.5000 |
| 4 | Facsimile:  415.882.0300 |

JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (SBN 190911)
paul.kakuske@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
KELLY R. GRAF (SBN 301325)
kelly.graf@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone:     213 623 9300
Facsimile:      213 623 9924

Attorneys for Defendant
PAYPAL, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated, | No. 5:22-cv-00248-BLF |
| Plaintiffs, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2, 16-2)** |
| v. | Hon. Beth Labson Freeman |
| PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive, | Date Action Filed:  January 13, 2022 |
| Defendants. | Trial Date:  None Set |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Lena Evans, Roni Shemtov, and Shabdan Akylbekov ("Plaintiffs") and Defendant PayPal, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States District Court, Northern District of California on January 13, 2022;

WHEREAS, on February 14, 2022, this action was reassigned to the Honorable Beth Labson Freeman, as it is related to *Cheng v. PayPal, Inc.*, Case No. 21-cv-03608 (Dkt. Nos. 17-18);

WHEREAS, On February 23, 2022, this Court set the Initial Case Management Conference for May 26, 2022 at 11:00 a.m. (Dkt. # 19);

WHEREAS, on March 16, 2022, Defendant PayPal, Inc. ("PayPal") filed a Motion to Compel Arbitration (Dkt. # 20);

WHEREAS, PayPal's Motion to Compel Arbitration is set for hearing on May 26, 2022 at 9:00 a.m.;

WHEREAS, PayPal contends that its contractual rights to arbitrate Plaintiff's claims would be violated if PayPal were required to engage in substantive litigation of the dispute, including through Rule 26 Initial Disclosures and other discovery;

WHEREAS, the Parties agree that continuing the Initial Case Management Conference to a date after the Court has ruled on PayPal's Motion to Compel Arbitration would be efficient and preserve the Court's and the parties' resources, because the Court's ruling will define the proper scope of discovery and litigation before this Court;

Now therefore, the Parties by and through their counsel of record, stipulate and agree that, subject to the Court's approval, the Initial Case Management Conference shall be continued to a date and time convenient for the Court at or after June 23, 2022.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
5:22-CV-00248-BLF

|  | Respectfully submitted, |
|---|---|
| Dated: April 29, 2022 | DENTONS US LLP |

By: ___/s/Judith Shophet Sidkoff___
                        Judith Shophet Sidkoff

Attorneys for Defendant
PAYPAL, INC.,

Dated: April 29, 2022

THE BENSAMOCHAN LAW FIRM, INC.
SCHREIBER AND SCHREIBER, INC.
ERIC BENSAMOCHAN

By: ___/s/Eric Bensamochan___
                        Ean Matthew Schreiber
                        Eric Andrew Schreiber
                        Eric Bensamochan

Attorneys for Plaintiffs
LENA EVANS, RONI SHEMTOV, AND
SHBADAN AKYLBEKOV

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

In accordance with Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: April 29, 2022    DENTONS US LLP

By: ___/s/Judith Shophet Sidkoff___
                        Judith Shophet Sidkoff

Attorneys for Defendant
PAYPAL, INC.,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300