1  SONIA R. MARTIN (SBN 191148)
   sonia.martin@dentons.com
2  DENTONS US LLP
   1999 Harrison Street, Suite 1300
3  Oakland, CA 94612-4709
   Telephone: 415.882.5000
4  Facsimile:  415.882.0300

5  JOEL D. SIEGEL (SBN 155581)
   joel.siegel@dentons.com
6  PAUL M. KAKUSKE (SBN 190911)
   paul.kakuske@dentons.com
7  JUDITH SHOPHET SIDKOFF (SBN 267048)
   judith.sidkoff@dentons.com
8  KELLY R. GRAF (SBN 301325)
   kelly.graf@dentons.com
9  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
10 Los Angeles, CA  90017-5704
   Telephone:     213 623 9300
11 Facsimile:     213 623 9924

12 Attorneys for Defendant
   PAYPAL, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | No. 5:22-cv-00248-BLF<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2, 16-2)**<br><br>Hon. Beth Labson Freeman<br><br>Date Action Filed:  January 13, 2022<br>Trial Date:  None Set |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
5:22-CV-00248-BLF

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Lena Evans, Roni Shemtov, and Shabdan Akylbekov ("Plaintiffs") and Defendant PayPal, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States District Court, Northern District of California on January 13, 2022;

WHEREAS, on February 14, 2022, this action was reassigned to the Honorable Beth Labson Freeman, as it is related to *Cheng v. PayPal, Inc.*, Case No. 21-cv-03608 (Dkt. Nos. 17-18);

WHEREAS, On February 23, 2022, this Court set the Initial Case Management Conference for May 26, 2022 at 11:00 a.m. (Dkt. # 19);

WHEREAS, on March 16, 2022, Defendant PayPal, Inc. ("PayPal") filed a Motion to Compel Arbitration (Dkt. # 20);

WHEREAS, PayPal's Motion to Compel Arbitration is set for hearing on May 26, 2022 at 9:00 a.m.;

WHEREAS, PayPal contends that its contractual rights to arbitrate Plaintiff's claims would be violated if PayPal were required to engage in substantive litigation of the dispute, including through Rule 26 Initial Disclosures and other discovery;

WHEREAS, the Parties agree that continuing the Initial Case Management Conference to a date after the Court has ruled on PayPal's Motion to Compel Arbitration would be efficient and preserve the Court's and the parties' resources, because the Court's ruling will define the proper scope of discovery and litigation before this Court;

Now therefore, the Parties by and through their counsel of record, stipulate and agree that, subject to the Court's approval, the Initial Case Management Conference shall be continued to a date and time convenient for the Court at or after June 23, 2022.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
5:22-CV-00248-BLF

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 29, 2022 | DENTONS US LLP |
|  | By: */s/Judith Shophet Sidkoff* <br> Judith Shophet Sidkoff |
|  | Attorneys for Defendant <br> PAYPAL, INC., |
| Dated: April 29, 2022 | THE BENSAMOCHAN LAW FIRM, INC. <br> SCHREIBER AND SCHREIBER, INC. <br> ERIC BENSAMOCHAN |
|  | By: */s/Eric Bansamochan* <br> Ean Matthew Schreiber <br> Eric Andrew Schreiber <br> Eric Bensamochan |
|  | Attorneys for Plaintiffs <br> LENA EVANS, RONI SHEMTOV, AND <br> SHBADAN AKYLBEKOV |

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

In accordance with Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

|  |  |
|---|---|
| Dated: April 29, 2022 | DENTONS US LLP |
|  | By: */s/Judith Shophet Sidkoff* <br> Judith Shophet Sidkoff |
|  | Attorneys for Defendant <br> PAYPAL, INC., |

- 3 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
5:22-CV-00248-BLF

121350075