SONIA R. MARTIN (SBN 191148)
sonia.martin@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
Telephone: 415.882.5000
Facsimile:  415.882.0300

JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (SBN 190911)
paul.kakuske@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
KELLY R. GRAF (SBN 301325)
kelly.graf@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone:     213 623 9300
Facsimile:      213 623 9924

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, RONI SHEMTOV, and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>PAYPAL, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>          Defendants. | No. 5:22-cv-00248-BLF<br><br>**DEFENDANT PAYPAL, INC.'S NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Hon. Beth Labson Freeman<br><br>Date Action Filed: January 13, 2022<br>Trial Date:  None Set |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Laura Leigh Geist is no longer employed by the law firm of Dentons US LLP, counsel of record for Defendant Paypal, Inc. ("PayPal"), and is no longer working on this matter.  Sonia R. Martin, Joel D. Siegel, Paul M. Kakuske, Judith Shophet Sidkoff, and Kelly Graf continue to represent PayPal in this matter.  The Clerk of the Court is requested to update its records accordingly.

Dated:  April 29, 2022                                          DENTONS US LLP

By:   /s/Judith Shophet Sidkoff
Sonia R. Martin
Joel D. Siegel
Paul M. Kakuske
Judith Shophet Sidkoff
Kelly R. Graf

Attorneys for Defendant
PAYPAL, INC.