United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-00248-BLF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The stipulation to continue the initial case management conference is GRANTED. The case management conference scheduled for May 26, 2022 at 11:00 a.m. is CONTINUED to July 21, 2022 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May 2, 2022

_____
BETH LABSON FREEMAN
United States District Judge