AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

LENA EVANS, RONI SHEMTOV and SHBADAN AKYLBEKOV, individually and on behalf of all others similarly situated, )
*Plaintiff* )
v. )
PAYPAL, INC., a Delaware corporation and DOES 1 - 25, inclusive, )
*Defendant* )

Case No. 5:22-cv-00248-BLF

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PAYPAL, INC.

Date: April 29, 2022

/s/Sonia R. Martin
*Attorney's signature*

SONIA R. MARTIN (SBN 191148)
*Printed name and bar number*

DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
*Address*

sonia.martin@dentons.com
*E-mail address*

415.882.5000
*Telephone number*

415.882.0300
*FAX number*

