# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LENA EVANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-00248-BLF<br><br>**ORDER STRIKING REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

Defendant PayPal has filed a reply in support of its motion to compel arbitration. ECF No. 33. The reply does not comply with this Court's standing order, which requires that footnotes be used sparingly (if at all), be double-spaced, and not contain citations to legal authorities or evidence. *See* Standing Order re Civil Cases § IV.F. The reply brief, which is at the 5-page maximum already, *see id.* § IV.A.4, contains five single-spaced footnotes containing citations.

The reply brief is STRICKEN. PayPal may file a compliant reply brief **no later than Thursday, May 12, 2022**. This is the third instance in which the Court has stricken a brief or portion of a brief for violation of its standing orders. *See* ECF No. 24. The parties are ADMONISHED to review and follow the Court's standing orders.

**IT IS SO ORDERED.**

Dated: May 10, 2022

_____
BETH LABSON FREEMAN
United States District Judge