UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LENA EVANS, et al., | |
|---|---|
| Plaintiffs, | Case No. 22-cv-00248-BLF |
| v. | |
| PAYPAL, INC., | **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING** |
| Defendant. | [Re: ECF No. 20] |

The motion to compel arbitration that is set for hearing on May 26, 2022 is hereby SUBMITTED without oral argument and the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: May 11, 2022

BETH LABSON FREEMAN
United States District Judge